UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

VASILI TSERETELI, and VASZURELE LTD.
on behalf of themselves and all others similarly
situated,

       Plaintiff,

                 No. 08-cv-10637 (LAK)-

   against-

RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A8, CREDIT SUISSE SECURITIES
(USA) LLC, MOODY'S INVESTORS SERVICE,
INC., and THE McGRAW-HILL COMPANIES, INC.

       Defendants.

-------------------------------------------------------------------X

### NOTICE OF STIPULATION AND VOLUNTARY DISMISSAL OF RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A8

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate, that defendant Residential Asset Securitization Trust 2006-A8 is voluntarily dismissed, without prejudice, in the above-captioned action. Each side will bear its own costs and expenses.

Dated: New York, New York
    February 9, 2010

WOLF POPPER LLP

_____
Lester L. Levy
James A. Harrod
Robert S. Plosky
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

*Attorneys for Lead Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

_____
Jami Wintz McKeon
Michael S. Kraut
101 Park Avenue
New York, New York 10178-0600
Telephone: (212) 309-6927
Facsimile: (212) 309-6001

*Attorneys for Defendant Residential Asset Securitization Trust 2006-A8*

Doc. 166796